# **EXHIBIT A**

```
Type of Work:        Text

Registration Number / Date:
                     TX0008981687 / 2021-07-08

Application Title: Sports and Entertainment.

Title:               Sports and Entertainment.

Description:         Electronic file (eService)

Copyright Claimant:
                     Clayborne Edwin Chavers Esq.

Date of Creation:    2014

Date of Publication:
                     2014-09-03

Nation of First Publication:
                     United States

Authorship on Application:
                     Clayborne Edwin Chavers Esq.; Citizenship: United States.
                        Authorship: text.

Rights and Permissions:
                     Caleb L. Green, Dickinson Wright PLLC, 3883 Howard Hughes
                        Parkway, Suite 800, Las Vegas, NV, 89169, United States,
                        (702) 550-4417, cgreen@dickinsonwright.com

Names:               Chavers, Clayborne Edwin

================================================================================
```