# **EXHIBIT B**

```
Type of Work:        Text

Registration Number / Date:
                     TX0008981860 / 2021-07-08

Application Title: Memorandum  Proposal for the Development of an
                     Entertainment and Art Law Clinic At  Howard University
                     School of Law. .

Title:               Memorandum  Proposal for the Development of an
                     Entertainment and Art Law Clinic At  Howard University
                     School of Law. .

Description:         Electronic file (eService)

Copyright Claimant:
                     Clayborne Edwin Chavers Esq.

Date of Creation:    2014

Date of Publication:
                     2014-07-20

Nation of First Publication:
                     United States

Authorship on Application:
                     Clayborne Edwin Chavers Esq.; Citizenship: United States.
                       Authorship: text.

Rights and Permissions:
                     Caleb L. Green, Dickinson Wright PLLC, 3883 Howard Hughes
                       Parkway, Suite 800, Las Vegas, NV, 89169, United States,
                       (702) 550-4417, cgreen@dickinsonwright.com

Names:               Chavers, Clayborne Edwin

================================================================================
```