IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLAYBORNE E. CHAVERS, SR., ESQ** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**HOWARD UNIVERSITY** )<br>)<br>Defendant. )<br>) | Case No.: 1:23-cv-01840 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Clayborne E Chavers, Sr., Esq., by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses its Complaint in this Action without prejudice. This dismissal, however, is not an acknowledgement or concession that Howard University committed no wrong. In fact, it is abundantly clear to its distinguished alumni and prior ardent supporter, Attorney Clayborne Chavers, Sr., that Howard University violated its own Academic Code of Student Conduct, which makes it a punishable offense "to take and pass off intentionally as one's own the ideas, writings, etc. of another without attribution (without acknowledging the author)."

When Attorney Chavers presented his concept, ideas, and writings introducing the university to a unique interdisciplinary Arts and Entertainment Business Legal Clinic, it was very well received. Attorney Chavers was lauded for the value he brought to Howard University. The University openly acknowledged Attorney Chavers as the creator and author of the Clinic when Professor Emeritus, Spencer Boyer published as much in a legal journal.

Yet, not long after, the University launched a substantially similar Clinic without so much as any credit or notice to Attorney Chavers, much less any opportunity to assist or participate in the very course that was his vision and creation. When approached about it, Howard University ignored Attorney Chavers entirely. Attorney Chavers fully intends to investigate the claims that he brought in this Action. Should additional evidence of wrongdoing and copying surface, Attorney Chavers would pursue all available recourse and remedies. Regardless, the university's actions to date are not befitting of the institution or its alumni.

Respectfully submitted,

Dated: September 18, 2023

/s/_____
Lauren M. Upton (Fed. Bar. No. 90008024)
Joshua A. Glikin (*pro hac vice*)
glikin@bowie-jensen.com
BOWIE & JENSEN, LLC
210 W. Pennsylvania Avenue, Suite 400
Towson, Maryland 21204
Telephone: (410) 583-2400
Facsimile: (410) 583-2437

*Counsel for Plaintiff Clayborne E. Chavers, Sr., Esq.*